United States District Court
Southern District of Texas

**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Jessie Morales, et al., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. H-25-5311 |
| BPD Transport, LLC, et al., | § | |
| | § | |
| Defendant. | | |

## ORDER OF ADOPTION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (docket no. 29 dated May 7, 2026, and no party having filed objections thereto, the Court is of the opinion that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff Jessie Morales's and Mayra Jimenez's, individually and a/n/f of V.P., X.M., and I.M., Motion to Remand and interrelated request for attorneys' fees (docket no. 4) is **DENIED**.

It is further **ORDERED** that Plaintiff Jessie Morales's and Mayra Jimenez's, individually and a/n/f of V.P., X.M., and I.M., interrelated request to remand the case upon amending their complaint is **DENIED**.

**SIGNED** at Houston, Texas, on this the 25th day of June, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE